**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SIGNATURE, INC., *et al.*,[1] | Case No. 25-12105 (JKS) |
| Debtors. | (Jointly Administered) |
| Eric Moore, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Adv. Case No. 26-50217 (JKS) |
| AMERICAN SIGNATURE, INC.; and KROEHLER FURNITURE, MFG., CO., INC., | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Christopher M. Donnelly, Esquire is no longer with the firm of Morris James LLP, counsel to Plaintiff Eric Moore ("Plaintiff"), and should be removed from all service lists as counsel to the Plaintiff.

**PLEASE TAKE FURTHER NOTICE** and enter the appearance of Jason S. Levin, Esq. of Morris James LLP, as counsel to the Plaintiff.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: American Signature, Inc. (6162); American Signature Home Inc. (8573); American Signature USA Inc. (6162); ASI Pure Promise Insurance LLC (6162); ASI Elston LLC (7520); ASI – Laporte LLC (6162); ASI Polaris LLC (6162); ASI Thomasville LLC (6162); and American Signature Woodbridge LLC (6162). The Debtors' business address is 4300 E. 5th Avenue, Columbus, OH 43235.

17887579/1

Dated: April 30, 2026

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3205 Avenue North, Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
        jlevin@morrisjames.com

-and-

William "Jack" Simpson, MBN 106524
**SIMPSON, PLLC**
100 South Main Street
Booneville, MS  38829-0382
Telephone: (662) 913-7811
Facsimile: (662) 728-1992
E-mail: jack@simpson-pllc.com

-and-

J. Gerard Stranch, IV, Esq.
Michael Tackeff, Esq.
Mariah S. England, Esq.
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
E-mail: gstranch@stranchlaw.com
        mtackeff@stranchlaw.com
        mengland@stranchlaw.com

*Attorneys for Plaintiff and the Putative Class*

2

17887579/1